# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman Basic CHRISTOPHER R. PALMACCIO
### United States Air Force

### ACM 38326

### 28 March 2014

Sentence adjudged 17 January 2013 by GCM convened at Travis Air Force Base, California. Military Judge: Christopher M. Schumann.

Approved Sentence: Bad-conduct discharge and confinement for 30 days.

Appellate Counsel for the Appellant: Major Zaven T. Saroyan.

Appellate Counsel for the United States: Colonel Don M. Christensen and Gerald R. Bruce, Esquire.

Before

ROAN, HELGET, and WEBER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court